FILED
 2016 May-24  PM 01:05
 U.S. DISTRICT COURT
 N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| LARRY ANDRE JEFFERSON, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | )   2:15-cv-1424-VEH-JEO |
| | ) |
| WARDEN WILLIE THOMAS and | ) |
| THE ATTORNEY GENERAL OF | ) |
| THE STATE OF ALABAMA, | ) |
| | ) |
| Respondents. | ) |

## **MEMORANDUM OPINION**

This is an action on a petition for a writ of habeas corpus filed pursuant to 28 U.S.C. § 2254 by Larry Andre Jefferson, an Alabama state prisoner acting *pro se*. The magistrate judge to whom the case was referred for preliminary review has entered a report and recommendation pursuant to 28 U.S.C. § 636(b) that recommends that habeas relief be denied on the merits. (Doc. 9). No objections to the report and recommendation have been filed, and the time prescribed for doing so has expired.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the magistrate judge's report and recommendation, the court is of the opinion that the magistrate judge's findings are due to be and are hereby **ADOPTED** and his recommendation is **ACCEPTED**. Accordingly, the petition for a writ of habeas corpus is due to be **DENIED** and this action is due to be **DISMISSED WITH PREJUDICE**. Further, the court concludes that the petition does not present issues that are debatable among jurists of reason, so a certificate of

appealability is also due to be **DENIED**.  *See* 28 U.S.C. § 2253(c); *Slack v. McDaniel*, 529 U.S. 473, 484-85 (2000); Rule 11(a), RULES GOVERNING § 2254 PROCEEDINGS.  A separate Final Judgment will be entered.

    **DONE** and **ORDERED** this 24th day of May, 2016.

                                                                                             _____
                                                  VIRGINIA EMERSON HOPKINS
                                                  UNITED STATES DISTRICT JUDGE